UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ROBERT MCCONNELL, | No. 2:13-cv-2517 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 12, 2014, are adopted in full;

2. Petitioner's motion for stay (ECF No. 21) is denied;

1

3. Respondent's motion to dismiss (ECF No. 15) is partially granted;

4. Petitioner's unexhausted claim five is dismissed without prejudice; and

5. Respondent shall file a responsive pleading within thirty days.

DATED: October 22, 2014

                                              /s/ John A. Mendez_____

                                              UNITED STATES DISTRICT COURT JUDGE